FILED
CLERK, U.S. DISTRICT COURT
September 5, 2012
CENTRAL DISTRICT OF CALIFORNIA
BY: RRP DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

USA,

PLAINTIFF(S)

v.

Daniel Moreno,

DEFENDANT(S).

CASE NUMBER

SACR12-00208 CJC

## NOTICE OF JURISDICTION / TREATY TRANSFER-IN

To: All Parties/Counsel of Record

The Court has approved the

- ☑ supervised release
- ☐ probation
- ☐ treaty

transfer-in for the case referred to above.

The matter has been randomly assigned to United States ☑ District Judge ☐ Magistrate Judge Cormac J. Carney for all further proceedings.

Please include the criminal case number as reflected above on all documents subsequently filed in this case.

Clerk, U. S. District Court

September 5, 2012
Date

By: Rolls Royce Paschal
Deputy Clerk

cc: U.S. Attorney's Office
U.S. Probation Office