**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**TO:** Clerk, United States District Court
Attention: Michelle Urie Date: December 10, 2012
Deputy Clerk

**SUBJECT:** **REQUEST FOR CALENDAR DATE**

| NAME | DOCKET NO. | BOOKING NO. |
|---|---|---|
| DANIEL DE JESUS MORENO | SACR12-00208-CJC | |

| DATE IN LOCAL CUSTODY | DEFENSE ATTORNEY* UNASSIGNED DFPD |
|---|---|
| n/a | TELEPHONE NO. (213) 894-2854 |

*As shown on Judgment

Please calendar the above-named defendant for a preliminary revocation of supervised release hearing on 12/20/2012 at 10:00 a.m. A citation will be issued to the defendant.

Interpreter Needed? [X] Yes [ ] No Language Type: Spanish

AARON VEREEN, (562) 868-3709
U. S. PROBATION OFFICER

MICHAEL BRADFORD, (562) 868-5727
SUPERVISING PROBATION OFFICER

**FAX NO.** (562) 863-5083

*Routing of Request:* *Orig. To Clerk's Office* *Copies to:* *U. S. Attorney (Chief, Criminal Division)*
*Federal Public Defender (Chief Deputy)*

---

***FOR CLERK'S USE ONLY***

**PLEASE TAKE NOTICE** that the above-named defendant has been calendared for hearing before the Honorable Cormac J. Carney, U.S. District Judge, on December 20, 2012 at 10:00 a.m. in Courtroom No. 9B.

CLERK, U. S. DISTRICT COURT

Date December 11, 2012

By Michelle Urie
Deputy Clerk

*Routing on Notice by Clerk:* *Original -* *Court File* [X]
*cc:* *U. S. Probation Officer* [X]
*U. S. Attorney, Attn: Chief, Criminal Division* [X]
*Defense Attorney* [ ]
*Federal Public Defender, Attn: Chief Deputy* [X]
*U. S. Marshal (Warrant Cases only)* [ ]
*Interpreter Section, Clerk's Office (When needed)* [X]

SUP 216
1/10/07