SEAN K. KENNEDY (145632)
Federal Public Defender
LEON L. PETERSONIA (156146)
Deputy Federal Public Defender
411 West Fourth Street, Suite 7110
Santa Ana, California 92701-4598
Telephone: (714) 338-4500
Facsimile: (714) 338-4520
E-mail: leon_peterson@fd.org

Attorneys for Defendant
DANIEL de JESUS MORENO

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>DANIEL de JESUS MORENO,<br>Defendant. | NO. SA CR 12-208-CJC<br><br>NOTICE OF APPEARANCE |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD: PLEASE TAKE NOTICE THAT Deputy Federal Public Defender Leon L. Peterson, hereby gives notice of his appearance on behalf of Defendant DANIEL de JESUS MORENO in the above titled action.

Please make all necessary changes adding Deputy Federal Public Defender LEON L. PETERSON to the court’s case management/electronic filing system.

Respectfully submitted,

SEAN K. KENNEDY

Dated: December 14, 2012

By *Leon L. Peterson*
LEON L. PETERSON
Deputy Federal Public Defender