UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

Case No. SACR 12-00208-CJC Date December 20, 2012

Present: The Honorable CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE

Interpreter Spanish Interpreter Doralisa Smart

| Michelle Urie | Debbie Gale | Anthony Brown |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Daniel Moreno (Citation Issued) | X | | S/R | Leon Peterson, DFPD | X | X | |

**Proceedings:** FINAL REVOCATION OF SUPERVISED RELEASE

Final revocation of supervised release hearing held. See separately filed judgment revoking supervised release and commitment order.

: 55

Initials of Deputy Clerk mu

cc: