**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DANIEL MORENO,<br><br>Defendant. | CASE NO. SACR 12-00208-CJC<br><br>JUDGMENT REVOKING SUPERVISED RELEASE AND COMMITMENT ORDER |

On December 20, 2012, attorney for the Government, Anthony Brown, and the defendant appeared in person with appointed counsel, Leon Peterson. The defendant waived reading and advisement of his rights and admitted the violations alleged in Paragraphs 1 through 5 of the Petition on Probation and Supervised Release filed on December 4, 2012.

In light of the defendant's admissions, the Court found the defendant violated the conditions of his supervised release that were imposed by the Court on June 29, 2009.

NOW, THEREFORE, IT IS ADJUDGED, upon the findings of the Court, the period of supervised release is revoked and the defendant is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a term of 30 days. Upon release from imprisonment, the defendant shall be placed on supervised release for a period of 2 years under the same terms and conditions as previously imposed with the following additional conditions: 1) The defendant shall reside for a period of 180 days in a residential

reentry center (community corrections component) as directed by the Probation Officer which allows the defendant to work as well as receive visitation from family, friends and loved ones, and shall observe the rules of that facility. The Court orders the fee waived as the defendant has established that he is unable to pay any fees; and 2) The defendant shall abstain from alcohol during the period of supervision. The defendant is ordered to self-surrender on or before 12 noon, on December 28, 2012 to the United States Marshal located at: Roybal Federal Building, 255 E. Temple Street, Third Floor, Room 346, Los Angeles, CA 90012.

IT IS ORDERED that the Clerk deliver a copy of this Judgment Revoking Supervised Release and Commitment Order to the U.S. Marshal and the U.S. Probation Office.

DATE: December 21, 2012

CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE

FILED: December 21, 2012
TERRY NAFISI, CLERK OF COURT
by Michelle Urie
Deputy Clerk