# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**TO:** Clerk, United States District Court
Attention: Michelle Urie — Deputy Clerk
Date: September 6, 2013

**SUBJECT: REQUEST FOR CALENDAR DATE**

| NAME | DOCKET NO. | BOOKING NO. |
|---|---|---|
| DANIEL DE JESUS MORENO | SACR12-00208-CJC | |

| DATE IN LOCAL CUSTODY | DEFENSE ATTORNEY* UNASSIGNED DFPD |
|---|---|
| Offender is not in custody | TELEPHONE NO. (213) 894-2854 |

*As shown on Judgment

Please calendar the above-named defendant for a preliminary revocation of supervised release hearing on 9/18/13 at 1:30 p.m. A citation will be issued to the defendant.

Interpreter Needed? [X] Yes [ ] No Language Type: Spanish

AARON VEREEN, (562) 868-3709
U. S. PROBATION OFFICER

MICHAEL BRADFORD, (562) 868-5727
SUPERVISING PROBATION OFFICER

**FAX NO.** (562) 863-5083

*Routing of Request:* *Orig. To Clerk's Office*

*Copies to:* *U. S. Attorney (Chief, Criminal Division)*
*Federal Public Defender (Chief Deputy)*

---

***FOR CLERK'S USE ONLY***

**PLEASE TAKE NOTICE** that the above-named defendant has been calendared for hearing before the Honorable Cormac J. Carney, U.S. District Judge, on September 18, 2013 at 1:30 p.m. in Courtroom No. 9B.

CLERK, U. S. DISTRICT COURT

Date September 6, 2013

By Michelle Urie
Deputy Clerk

*Routing on Notice by Clerk:*

| | | |
|---|---|---|
| *Original -* | *Court File* | X |
| *cc:* | *U. S. Probation Officer* | X |
| | *U. S. Attorney, Attn: Chief, Criminal Division* | X |
| | *Defense Attorney* | |
| | *Federal Public Defender, Attn: Chief Deputy* | X |
| | *U. S. Marshal (Warrant Cases only)* | |
| | *Interpreter Section, Clerk's Office (When needed)* | X |

SUP 216
1/10/07