# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| Case No. | SACR 12-00208-CJC | Date | September 18, 2013 |
|---|---|---|---|

Present: The Honorable CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE

Interpreter Spanish Interpreter Doralisa Smart

| Michelle Urie | Maria Dellaneve | Anthony Brown |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Daniel Moreno (Citation Issued) | X | | S/R | Leon Peterson, DFPD | X | X | |

**Proceedings:** PRELIMINARY REVOCATION OF SUPERVISED RELEASE

On September 18, 2013, attorney for the Government, Anthony Brown, and the defendant appeared in person with appointed counsel, Leon Peterson. The defendant waived reading and advisement of his rights and admitted the violations alleged in paragraphs 1 through 3 of the Petition on Probation and Supervised Release filed on September 6, 2013. In light of the defendant's admissions, the Court found the defendant violated the conditions of his supervised release that were imposed by the Court on June 29, 2009 and December 20, 2012. Court and counsel confer and the Court schedules the sentencing on supervised release revocation for December 16, 2013 at 3:00 p.m. The Court further modifies the defendant's terms and conditions of supervised release with the following additional condition: 1) The defendant shall perform 40 hours of community service within 90 days to be determined by the Probation Officer and the defendant. All other terms and conditions to remain the same.

: 48

Initials of Deputy Clerk mu

cc: USPO-LA