# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | SACR 12-00208-CJC | Date | December 16, 2013 |

Present: The Honorable CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE

Interpreter Spanish Interpreter Analia Sarno-Riggle

| Michelle Urie | Maria Dellaneve | Anthony Brown |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Daniel Moreno (Citation Issued) | X | | S/R | Leon Peterson, DFPD | X | X | |

**Proceedings:** FINAL REVOCATION OF SUPERVISED RELEASE

Final revocation of supervised release hearing held. Court confers with counsel and Probation Officer Aaron Vereen regarding the status of the defendant’s completion of community service that was ordered by the Court as an additional condition of supervised release on September 18, 2013. Court confers further with the parties regarding the recommended disposition of the defendant’s supervised release. Court hears oral argument and orders the defendant’s supervised release terminated.

: 29

Initials of Deputy Clerk mu

cc: USPO-LA